UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

LEOMINDRY NOLASCO,
and other similarly-situated individuals,

    Plaintiff,

vs.

COASTAL BUILDING MAINTENANCE, INC.,
a Florida Profit Corporation, MATTHEW R. SULLIVAN,
individually, and AGATHA VELEZ, Individually

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, **COASTAL BUILDING MAINTENANCE, INC., MATTHEW R. SULLIVAN,** and **AGATHA VELEZ,** (hereinafter "Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1441 (a), 1446, and 1331 hereby file this Notice of Removal of this action to the United States District Court for the Southern District of Florida. The removal of this action is premised upon the following:

1. Plaintiff, Leomindry Nolasco, (hereinafter "Plaintiff") filed this action against Defendants in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case No.: 2017-00369-CA-01 (the "State Court Action). Copies of all process, pleadings and orders served on Defendants in the state court to date are attached hereto as composite **Exhibit A** and are incorporated herein by reference.

2. Plaintiff's Complaint alleges causes of action under the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq.* ("FLSA") in Counts I, II and III.

3.  Pursuant to U.S.C. § 1331, the district courts shall have original jurisdiction of all civil actions arising under the laws of the United States. Additionally, Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Thus, this Court has original jurisdiction over Plaintiff's claims arising under 29 U.S.C. § 201 *et. seq.*, and this action is therefore removable under 28 U.S.C. § 1441 (a) and 28 U.S.C. § 1331.

4.  The events alleged by Plaintiff given rise to this lawsuit occurred in Miami-Dade County, Florida. See Composite Exhibit A, ¶ 7. Thus, venue properly lies in the United States District Court for the Southern District of Florida, Miami Division.

5.  On January 17, 2017 Defendant Coastal Building Maintenance was served with the complaint and on January 18, 2017 the Individual Defendants were served. A copy of the return of service is attached hereto as **Exhibit B.** This Notice of Removal is being filed on February 6, 2017. Thus, this Notice of Removal is being timely filed within thirty (30) days after Defendants were served with process. See 28 U.S.C. § 1446(b).

6.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal has been filed with the Clerk of the Circuit Court, Eleventh Judicial Circuit, in and for Miami-Dade County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit C.**

7.  Defendants have complied with all of the requirements for removal under Title 28 of the United States Code, and this Court has jurisdiction over all the parties, and its territorial jurisdiction embraces the place where the state court action is pending.

383502

8. By filing this Notice of Removal, Defendants do not admit any of the averments in Plaintiff's Complaint, or waive any defense, and expressly reserve any objections as to service and personal jurisdiction.

WHEREFORE, Defendants hereby request the removal of this action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the U.S. District Court for the Southern District of Florida.

Dated: **February 6, 2017**

Respectfully submitted,

/s/Suhaill M. Morales
Luke C. Savage
Florida Bar No. 028387
Suhaill M. Morales
Florida Bar No. 084448
smorales@anblaw.com
**Allen, Norton & Blue, P.A.**
121 Majorca Avenue, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via electronic mail, on this **6th day of February, 2017**, upon:

Anthony Georges-Pierre, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Tel: (305) 416-5000
Fax: (305) 416-5005
Emails: agp@rgpattorneys.com
apetisco@rgpattorneys.com
rregueiro@rgpattorneys.com
pn@rgpattorneys.com
*Counsel for Plaintiff*

s/Suhaill M. Morales
Attorney

383502